IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHMARA PUNCH,<br>　　　Plaintiff,<br><br>V.<br><br>CITY OF DESOTO; and<br>DESOTO CHAMBER OF COMMERCE,<br>　　　Defendants. | §<br>§<br>§　CIVIL ACTION NO.<br>§<br>§　3:20-CV-0029-D<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT AGREED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

Before the Court is Plaintiff Shmara Punch and Defendants City of DeSoto and DeSoto Chamber of Commerce's Joint Agreed Motion to Dismiss Plaintiff's Claims Against Defendants With Prejudice ("Motion").  After considering the Motion and the evidence before the Court, the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants City of DeSoto and DeSoto Chamber of Commerce in the above action be, and such claims are hereby dismissed with prejudice; with all parties bearing their own attorneys' fees and costs.

SIGNED on June 2, 2021.

*[signature]*
SIDNEY A. FITZWATER
SENIOR JUDGE